(93 South. 926)

KARPLES et al. v. REID. (6 Div. 830.) (Court of Appeals of Alabama. May 9, 1922.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. Wood & Pritchard, of Birmingham, for appellants. Hartley & Fite, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(88 South. 925)

KING v. CORONA COAL CO. (6 Div. 797.) (Court of Appeals of Alabama. Dec. 7, 1920.) Appeal from Circuit Court, Walker County; T. L. Sowell, Judge. Frank S. White & Sons, of Birmingham, for appellant. A. F. Fite, of Jasper, for appellee.

PER CURIAM. Appeal dismissed.

---

(89 South. 925)

KING v. STATE. (6 Div. 843.) (Court of Appeals of Alabama. May 17, 1921.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions, and no error appears of record. Affirmed.

---

(92 South. 925)

KIRBY v. STATE. (8 Div. 832.) (Court of Appeals of Alabama. Feb. 7, 1922.) Appeal from Circuit Court, Colbert County; Charles P. Almon, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

---

(93 South. 926)

KIRKLAND v. STATE. (4 Div. 711.) (Court of Appeals of Alabama. May 16, 1922.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. Espy & Hill and Farmer, Merrill & Farmer, all of Dothan, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. The evidence is not sufficient to sustain the charge of having liquor in his possession, and the cause is reversed and remanded. Reversed and remanded.

---

(91 South. 926)

KITCHENS v. STATE. (7 Div. 728.) (Court of Appeals of Alabama. Jan. 17, 1922.) Appeal from Circuit Court, Cleburne County; A. P. Agee, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Affirmed for failure to file transcript.

---

(88 South. 925)

LACKEY v. STATE. (7 Div. 662.) (Court of Appeals of Alabama. Feb. 1, 1921.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge. Jewell Lackey was convicted of assault to murder, and appeals. Affirmed. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions. We find no error in the record, and the judgment is affirmed. Affirmed.

---

(91 South. 926)

LACKEY v. STATE. (1 Div. 413.) (Court of Appeals of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

---

(91 South. 925)

LANDHAM v. STATE. (6 Div. 924.) (Court of Appeals of Alabama. Jan. 10, 1922.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. No bill of exceptions in the record, and no error apparent on the record. Affirmed.

---

(92 South. 925)

LANG v. STATE. (8 Div. 888.) (Court of Appeals of Alabama. Feb. 7, 1922.) Appeal from Circuit Court, Lawrence County; O. Kyle, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

---

(88 South. 925)

LEDBETTER v. STATE. (7 Div. 625.) (Court of Appeals of Alabama. June 29, 1920. Rehearing Denied Nov. 9, 1920.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. Jim Ledbetter was convicted of distilling, making, or manufacturing alcoholic liquors, and he appeals. Affirmed. Willett & Walker, of Anniston, for appellant. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. The defendant was indicted and convicted for distilling, making, or manufacturing alcoholic, spirituous, or mixed liquors since January 25, 1919, and sentenced to the penitentiary for a term of not less than 13 months nor more than 4 years. There was no exception taken to any of the rulings on the testimony, no given or refused charges, nor motion to set aside the verdict and grant defendant a new trial, and while there is a bill of exceptions, setting out all the testimony, no question is presented therein for our consideration. We have examined the record, and there is no error. Therefore the judgment of conviction must be affirmed. Affirmed.

---

(92 South. 925)

LEE v. STATE. (4 Div. 675.) (Court of Appeals of Alabama. Jan. 31, 1922.) Appeal from Circuit Court, Covington County; A. B. Foster, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.